APPEAL No. 77-36. ELEANOR M. JOHANSEN *v.* HAROLD L. JOHANSEN. Motion of the attorneys for the defendant for special service is granted. The attorney for the defendant shall notify him of their motion to withdraw and notice of extension for filing a brief by posting and attaching the same to the door of the residence of the defendant at 3427 West Shore Road, Warwick, R.I. and by placing a copy of them in defendant's mail receptacle. Bevilacqua, C.J. not participating. *A. Norman LaSalle, Norman L. Grant,* for plaintiff. *Joseph J. Recupero, Ferdinand A. Bruno,* for defendant.